This is a listing of depositions for Barry F. Jeffries, MD
from 2/2/12-present


2/2/12      Oscar F. Montoya v. Green Valley Horse Boarding, LLC & Beth
            Ellenburg,
            Civil Action File No.: 10CV1981, Superior Court For County of
            Burton, State of Georgia

2/9/12      Kyra Clark, Individually and on Behalf of Amber Clark, a Minor
            and Ayana Clark, a Minor v. Thanh Van Vu, State Court of
            Clayton Co, State of Georgia, Civil Action File No.: 2010CV-
            0256613,

2/27/12     Meredith A. Van Sickle v. Hardrock Express, Donald A. King,
            Clinton L. Willis d/b/a Hardrock Express, John Does 1-3 and Doe
            Corporations 1-3, Civil Action File No.: 10-A-26235-4, State
            Court of Dekalb Co., State of Georgia. discovery depo

3/6/12      Arette Barnes v. Lydia Jean Toulson, State Court of Clayton
            County, State of Georgia, Civil Action File No.: 08CV-07465-B,

3/12/12     Ronnette Selden v. J. Thad Mark Calhoun, State Court of Clayton
            County, State of Georgia, Civil Action File No.: 2011CV-00501E,

3/14/12     Dorothy Burnett & Michael C. Gray v. Truck Service, Inc., and
            Gene Robert Aschenbrenner, United States District Court,
            Northern Division of Georgia,
            Atlanta Division, Civil Action File No.: 1:09-CV-0108 (GET)

3/22/12     Laverne Arnold v. American Door and Hardware, Inc. and
            Christopher A. Richardson, Civil Action File No.: 11C-03220-6,
            State Court of Gwinnett County,
            State of Georgia,

4/2/12      Anne Elizabeth Barnes v. Papa John's USA, Inc., and Abdoulaye
            Toure, Superior Court of Fulton Co., State of Georgia, Civil
            Action File No.: 2011CV195434,

4/4/12      Nancy Williams v. Floyd Simmons Individually and d/b/a No Limit
            Trucking Charleston Freightliners, Inc., also d/b/a Triple T
            Freightliner, Sterling, Western Star of Charleston, LLC, County of
            Charleston Court of Common Please, Ninth Judicial Circuit, State
            of South Carolina, Civil Action File No.: 11-CP-10-193

4/5/12      Joseph Stamps v. Atlanta Beverage Company and Gregory
            Layman, State Court of Fulton Co., State of Georgia, Civil Action
            File No.: 11EV011891H

4/18/12     Miguel Vasquez v. Geraldine Dodd, State Court of Gwinnett Co.,
            State of Georgia Civil Action File No.: 10C-14073-6,

4/26/12     Amira Desilgado and Manuel Desilgado v. Jose Magana
            Hernandez, Civil Action File No.: 10-C-12724-52, State Court of
            Gwinnett Co., State of Georgia,

5/14/12   Jonathan Lee Tetro v. Cathy Bullard, Civil Action File No.: ST0802114C0
          State Court of Chatham County, State of GA,
6/14/12   Juan Rodriguez v. Ira James Walter, Civil File No.: 2010CV-07742C, State Court of Clayton Co., State of Georgia,
6/19/12   Terrence Oxley and Karen Oxley v. Bertha Swann, Civil Action File Nos.: 10-CV-10189 and 12-CV-1387-6, Superior Court of Dekalb Co., State of Georgia
6/20/12   David Gabler v. Plymouth Crossfit, LLC, The Training Station, LLC, Crossfit, Inc., XLR8 Athletix, LLC, Robert Kingsbury and Stacie Kingsbury, Case No.: 10-014121-NO, Circuit Court for the County of Wayne, State of Michigan
7/26/12   Jill Lord v. Karen Gil De Rubio, State Court of Fulton County, State of Georgia, Civil Action File NO.: 11EV-012072C,
7/30/12   August Mark Balchuck v. Jonathan B. Johnson, State Court of Fayette County, State of Georgia, Civil Action File No.: 2010SV-0560,
8/1/12    Rick Todd Raterink v. Gabriella Mulholland, State Court of Fulton
County
          State of Georgia, Civil Action File No.: 11EV-012256-Y
8/21/12   Mohamed Abdelmagid v. Fuddruckers, Inc and Federal Insurance Co., Claim No.: 2010-021880, State Board of Workers Compensation,State of Georgia,
9/26/12   Josie Taylor Sanford v. Benjamin Dan Ashworth, Civil Action File No.: 11-C-00880-S1, State Court of Gwinnett Co, State of Georgia,
9/27/12   Benjamin Demaline v. Patricia A. Bailey, Civil Action File No.: 2010 CV-191870, Superior Court of Fulton County, State of Georgia,
11/2/12   Jackie Lyons v. Michael O'Quinn, administrator of the Estate of Anna St. Laurent, Humana Market Point, Inc. and Humana, Inc., State Court of Henry County, State of Georgia, Civil Action File No.: 11 SV 1685-BWS,
12/17/12  Florrie Healey v. Stefanie Roberts, Civil Action File No.: 11A2-2, State Court of Cobb County, State of GA
1/2/13    Tiffani Lee v. Josephine Rankin, Superior Court of Fulton Co., Civil Action File No.: 2011CV205431, State of Georgia
1/11/13   Edwin Fuentes v. Lingyun Xu, Superior Court of Cobb County, State of GA, Civil Action File No.: 10-1-2381-42,
2/28/13   Terrence and Karen Oxley vs. Bertha Swann, Civil Action File No.: 12A43144-2, State Court of Dekalb Co., State of Georgia,
3/1/13    Corey Braverman vs. Michelle and Christopher Voight, Civil Action File No.: 2009-CP-26-9067, Court of Common Pleas, State of South Carolina, County of Horry,

3/28/13   Anthony Davenport and Karen Davenport v. Susan Lillethun, Civil Action File No.: 12-SC-0474-CJ, State Court of Cherokee County, State of Georgia,

4/10/13   David Michael Sizemore v. Michael Scott Woodard, Civil Action File No.: 10-A-7822-4, State Court of Cobb Co., State of GA,

4/30/13   James David Burks v. Steven Bunn, Civil Action File No.: 2009-A-8587-6, State Court of Cobb Co., State of Georgia,

5/22/13   Thomas Dasta and John Dasta v. Valencia Edwards, State Court of Fulton Co., State of GA, Civil Action File No.: 10EV-011457F,

5/30/13   Bryan Norris v. Helen Watson, Civil Action File No.: 11 A 36398, State Court of Dekalb Co., State of Georgia,

6/12/13   Catherine H. Pentecost v. Tatiana V. Travina, State Court of Cobb Co., State of GA, Civil Action File No.: 2011-A-3437-7,

6/18/13   Afford v Cianciullo, State Court of Fulton County, State of GA Civil Action File No.: 12EV014966J,

6/20/13   Michael J. Walter v. Benjamin Joseph Tamayo, State Court of Cobb County, State of Georgia, Civil Action File No.: 2012-A-822-3.

6/21/13   Donnell L. Knight v. Travis Valentine, State Court of Clayton Co., State of Georgia, Civil Action File No.: 2011 CV-03348FF.

6/26/13   Shernettra Robinson v. Tiffany Brandon, State Court of Clayton County, State of Georgia, Civil Action File No.: 2012-CV-04423D.

7/31/13   Dena Fidanza v. Blaze Mitsch, Civil Action File No.: 11A-38313-5, State Court of Dekalb Co., State of Georgia.

8/8/13   Kenneth D Cox v. Ralph F. Grant, State Court of Henry County, State of Georgia, Civil Action File No.: 12SV1051EDB.

8/21/13   Nan Brown Adsit v. Frank Leonard Wheatley, Civil Action File No.:2012-1-765-2, State Court of Cobb County, State of Georgia.

9/4/13   Sharnique Lowery v. Anila Jiwani, State Court of Gwinnett County, Civil Action File No.: 12C06437-S2, State of Georgia.

9/13/13   Sharon McKinney v. Ping Wang, Civil Action File No.: 12C00462-5, State Court of Gwinnett Co., State of GA.

9/16/13   Veronica Leftridge v. Swift Transportation Co. of Arizona, LLC and Dwayne Stevens, State Court of Dekalb County, State of Georgia, Civil Action File No.: 12A40860-7.

9/26/13   Lakenya Smith v. Adrian B. Haddock, Civil Action File No.: 2012 CV 225325, Superior Court of Fulton County, State of Georgia.

10/10/13   Marilyn Hager v. Kimber L. Eubanks, MD, and Paincare, P.A., Tenth Judicial District, District Court, Johnson County, Kansas, Case No.: 12CV07142.

10/21/13   Jerry Waldrop v. Hue Wong, Civil Action File No.: 11-C-09989-3, State Court of Gwinnett County, State of Georgia.

10/16/13   Eddie F. Smith, Jr. and Linda Smith v. Jun Choi, Superior Court

|  |  |
|---|---|
|  | of Gwinnett County, State of Georgia, Civil Action File No.: 13A00492-10. |
| 10/23/13 | Keith Gordon v. Sheldon Thompson, Southeastern Freight Lines, Inc., and Discover Property & Casualty Insurance Company, State Court of Fulton County, State of Georgia Civil Action File No.: 12-EV-014510A. discovery depo |
| 11/12/13 | Brenton Bailey v. Nathan Hites, Civil Action File No.: 12-EV-016190J, State Court of Fulton Co., State of Georgia. |
| 11/18/13 | Latressa Michelle McCray v. Chang Lin and Xin Huang d/b/a Osaka Japanese Steakhouse, Carroll County State Court, Civil Action File No.: 11-s-00517, State of Georgia. |
| 11/22/13 | Patel vs. Christy & State Farm Auto, Case No.: 11-CA-010888, Circuit Court of Fourth Judicial Circuit In and For Duval County, Florida Civil Division, Division CV-A. |
| 11/25/13 | Susan Mitchell-Ketzes & Alan Ketzes v. William B. Hector, Civil Action File No.: 12EV015789Y, State Court of Fulton Co., State of Georgia. |
| 12/2/13 | Valerie Crisp v. James Curtis Whitney, Civil Action File No.: 13-A-861-1, State Court of Cobb County, State of Georgia. |
| 12/5/13 | Susan Mitchell-Ketzes & Alan Ketzes v. William B. Hector, Civil Action File No.: 12EV015789Y, State Court of Fulton Co., State of Georgia. |
| 12/10/13 | Marilyn J. Hager v Kimber L. Eubanks, MD, District Court of Johnson County, State of Kansas, Case No.: 12CV07142. |
| 12/11/13 | Valerie Crisp v. James Curtis Whitney, Civil Action File No.: 13-A-861-1, State Court of Cobb County, State of Georgia. (Subpoena by Plaintiff-Live) |
| 12/16/13 | Appling vs. Stroer, State Court of Athens – Clarke Count, State of Georgia, Civil Action #ST-12-CV-0206. |
| 12/20/13 | Brenda Carter v. Chindo Nkenke and Emmanuel Nkenke, State Court of Cobb County, State of Georgia, Civil Action File No.: 13-A1571-6. (Discovery) |
| 1/9/14 | Meredith A. Van Sickle v. Hardrock Express, Donald A. King, Clinton L. Willis d/b/a/ Hardrock Express, Cypress Insurance Company, John Does 1-3, and Doe Corporations 1-3, Civil Action File No.: 10A26235-4, State Court of Dekalb County, State of Georgia. |
| 1/30/14 | Travis Reece v. Nicklaus Landon King, State Court of DeKalb County, State of Georgia, Civil Action File No.: 12A-42762-3. |
| 1/31/14 | Ricardo A. Cox v. Seth Padgett Childers, Henry County State Court, State Of Georgia, Civil Action File No.: 11-SV-1736-JTH. |
| 2/16/14 | Rosalind Byrd v. Jose O. Martinez; Goldline Express Transport, Inc.; and Chartis Ins. Agency, Inc., Civil Action File No.:   1:12-CV-02836-RLV, United States District Court, Northern District of |

|         |                                                                                                                                                                                                                                                                                            |
|---------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | Georgia, Atlanta Division, State of Georgia.                                                                                                                                                                                                                                                |
| 2/21/14 | Antonio Carroll v. Tomas Campistrano, Civil Action File No.: 13-C-00133-S6, State Court of Gwinnett Counth, State of Georgia.                                                                                                                                                                |
| 2/27/14 | Gabor Hegedus and Monika Hegedus v. Kelby Ross Odell and Meredeth Jill Odell, Civil Action File No.: 10-SC-0862CJ, State Court of Cherokee County, State of Georgia.                                                                                                                         |
| 3/14/14 | Christine Garrett v. Teresa Morgado Hernandez, State Court of Fulton County, Civil Action File No.: 11EV-013128A, State of Georgia.                                                                                                                                                          |
| 4/7/14  | Jose Morales-Perez and Jorge Olvera Uribe v. Tracy Unsworth, Civil Action File No.: 12-SUCV-962-AHM, Superior Court of Gilmer County, State of Georgia.                                                                                                                                      |
| 4/15/14 | Linda Fowler Wyatt, as Personal Representative of the Estate of Jerry Lee Fowler, deceased v. Dr. F. Peter Ryan, Jr., Upstate Carolina Radiology, P.A. f/k/a Spartanburg Radiology Associates, PA, Civil Action File No.: 2010-CP-42-3154, Court of Common Pleas, County of Spartanburg, State of South Carolina. |
| 4/17/14 | Dorothy Huggins v. Destin Wimbush, Civil Action File No.: 13-A-45973, State Court of Dekalb County, State of Georgia.                                                                                                                                                                        |
| 5/8/14  | Hugh Edward Meek v. Kimberly Rae Heck, Civil Action File No.: 2011-A-3145-2, State Court of Cobb County, State of Georgia.                                                                                                                                                                   |
| 5/9/14  | Roy Douglas Martin and Terry Reeves v. Anthony Van Horn, Civil Action File No.: 12-C-07560-3, State Court of Gwinnett County, State of Georgia.                                                                                                                                              |
| 5/30/14 | Jamie Lawrence vs. Christopher Herrick & Schneider National Carrier, United States District Court, Middle District of Georgia, Columbus Division, Civil Action File No.:  4:13-CV-00470-CDL.                                                                                                  |
| 6/12/14 | * Linda Fowler Wyatt, as Personal Representative of the Estate of Jerry Lee Fowler, Deceased v. Dr. F. Peter Ryan, Jr., Upstate Carolina Radiology, P.A. f/k/a Spartanburg Radiology Associates, PA, Case No.: 2010-CP-42-3154, Court of Common Pleas, County of Spartanburg, State of South Carolina. |
| 6/23/14 | Valarie Hill v. Howard Marshall, Civil Action File No.: 12A44893-7, State Court of Dekalb County, State of Georgia.                                                                                                                                                                          |
| 7/12/14 | Natalie Jade Edwards v. Charles Dwayne Barker, Floyd County Superior Court, Civil Action File No.: 12CV963JFL002, File No.: 04100.8046   Discovery                                                                                                                                           |
| 7/23/14 | Anderson v. Omni Insurance Company, United States District Court, Northern District of Alabama, Civil Action File No.: 1:13-CV-02163-VEH.                                                                                                                                                    |
| 8/13/14 | Ana M. Alicea v. Jeremy Walter Young, Young Express, Inc. and Progressive Mountain Insurance Company, State Court of Fulton County, State of Georgia, Civil Action File No.: 12EV015108F.                                                                                                     |

| | |
|---|---|
| 9/25/14 | Jorge Horton vs. Shannon King-Cortopassi, State Court of Cobb Count, Civil Action File No.:   2012-A-3850-3, State of Georgia. |
| 8/27/14 | Doris L. Easterwood v. Michael Hill and Juvan Jackson, Civil Action File No.: 2013-CV-01878-MG, State Court of Clayton County, State of Georgia. |
| 9/5/14 | Liza Amado v. Aubrey M. Gandy, State Court of Gwinnett County, Civil Action File No.: 12-C-07340-1, State of Georgia. |
| 9/15/14 | Lajuan Sawyer v. Saul Winer, Superior Court of Bibb County, Civil Action File No.: 13CV58791, State of Georgia. |
| 9/17/14 | Charles Smith v. Aubrey Gandy, Civil Action File No.: 11-C-09711-1, State Court of Gwinnett County, State of Georgia. |
| 9/22/14 | Juanita L. Cole & Leslie Arnsperger v. Selma L. Baum, State Court of Gwinnett County, Civil Action File No.: 13-C-02805-S4, State of Georgia. |
| 9/25/14 | Nina Ngo v. Malik Rasson Haney, State Court of Fulton County, Civil Action File No.: 13EV017696D, State of Georgia. |
| 10/8/14 | Taylor McKinney, a Minor, by and through her Parent and Natural Guardian, Barbara Lynette Martin, and Barbara Lynette Martin, Individually v. Earthalene Greene Blue, Civil Action File No.: 2013A2330-3, State Court of Cobb County, State of Georgia. |
| 10/16/14 | Melvin Ballard vs. Ashley Wilkerson and Samantha Savag, State Court of Gwinnett Count, Civil Action File No.: 13-C-02838-S, State of Georgia. |
| 10/20/14 | Deborah Thompson and Gerald Thompson v. Monifa Adenike Jumanne, State Court of Cobb County, Civil Action File No.: 2010-A-8617-5, State of Georgia. |
| 10/23/14 | Damaris Boren and Priscilla Tavalez v. Ramses Owens, State Court of Fulton County, Civil Action File No.: 13EV016973-F, State of Georgia. |
| 10/29/14 | Virginia Nicholson v. Maurice Whyte and Brent Allen Wilkinson, Superior Court of Fulton County, Civil Action File No.: 2013CV-22826, State of Georgia. |
| 11/04/14 | Margie Marcotte v. Derwin G. Johnson, Civil Action File No.:13-C-04997-S2, State Court of Gwinnett County, State of Georgia. |
| 11/5/14 | Tyrone Young v. Zekia Ford, Superior Court of Fulton County, Civil Action File No.: 2014CV246021, State of Georgia. |
| 11/12/14 | Joseph G. Hackel v. Juan Ibarra Torrijo, Superior Court of Fulton County, Civil Action File No.: 2013-CV-23707-4, State of Georgia. |
| 11/13/14 | Thomas B. Hamilton v. Irish Rink, State Court of Gwinnett County, State of Georgia, Civil Action file No.: 13-C-04237-S2. |
| 12/8/14 | Quentin L. Smith vs. Steven Wayne Einbender, State Court of Fulton County, Civil Action File No.:   13-EV-018840, State of Georgia. |

12/9/14    Janet Perez Spinney and Curt Michael Spinney v. Michael Larbrone Ballard and Kristin C.   Moffett, Civil Action File No.: 2013-A-1921-7, State Court of Cobb County, State of Georgia.

12/16/14   Cora Green vs. Best New Orleans Seafood of Atlanta, LLC, State Court of Dekalb County, Civil Action File No.: 14A50315-7, State of Georgia.

12/18/14   David Routh vs. Ronald L. Denney & Madison Denney, State Court of Cobb County, State of Georgia, Civil Action File No.: 2012-A-3504-6.

1/6/15     Soumeya Taleha vs. Linda Dial, State Court of Fulton County, Civil Action File No.:   12EV-015856-C, State of Georgia.

1/7/15     Sheila Fisher v. Dontay Patterson, State Court of DeKalb County, Civil Action File No.: 12-A-44671-3, State of Georgia.

1/8/15     William and Linda Heinsman v. Marcia C. Boyle, State Court of Gwinnett County, Civil Action File No.: 12-C-04538-S1, State of Georgia.

1/13/15    Salim Ayoub, Rima Ayoub, and Nabil Ayoub v. Elley Cho, Civil Action File No.: 13C-00385-6, State Court of Gwinnett County, State of Georgia.

2/4/15     Pearl Robbins v. Clifton Thomas, Civil Action File No.: 13EV016502F, State Court of Fulton County, State of Georgia.

2/5/15     Elizabeth Wall v. Rochelle Wallace, Civil Action File No.: 13-C-05668-S2, State Court of Gwinnett County, State of Georgia.

2/6/15     Donna Tamblyn v. Linda Long, Civil Action File No.: STSV201400023, State Court of Henry County, State of Georgia.

2/18/15    Linda Carter v. Hwinam Lee, State Court of Gwinnett County, Civil Action File No.: 14-C-00859-S2, State of Georgia.

2/25/15    Virginia Pool vs. Charles Pirkle, State Court of Dekalb County, Civil Action File No.:   13A-49806, State of Georgia.

3/18/15    Dawn Thomas v. Sasha Leonardo, Eddy Leonardo and Gertrudis
Mendez
           Civil Action File No.: 2013-A-2527-1, State Court of Cobb County State of Georgia.

3/23/15    Brian Marin v. Charles Schroen, Civil Action File No.: 13-C-07478-S1, State Court of Gwinnett County, State of Georgia.

3/24/15    Hye Sook Lee vs. Collin, State Court of Fulton Count, Civil Action File No.:13-EV-018-113, State of Georgia.

3/25/15    Anthony Sims Adams, et al vs Lux, et a, Circuit Court of Blount County, State of Alabama, File No.:   3753-109.

5/6/15     Matthew Elwood v. Najat Nelson, Civil Action File No.: 14-C-01943-S4, State Court of Gwinnett County, State of Georgia.

5/12/15    Lori D. Ballard v. Sherwin Williams Company, Employer, Gallagher Bassett Services, Inc., Insurer, Board No.: 2013-019218, State Board of Workers' Compensation, State of GA.

5/14/15   Willie J. Bryant vs. Randolph Cross, Civil Action File No.:   14-EV-000379-F, State Court of Fulton County, State of Georgia.

5/27/15   Nancy E. Ruhl & Darin P. Ruhl vs. Nathaniel C. McCormack, State Court of Gwinnett County, Civil Action File No.:   11C-00770-5, State of Georgia.

5/28/15   William Rice vs. Frankie W.Gilmore, State Court of Dekalb County

Civil Action File No.:   13A48441-1, State of Georgia.

6/12/15   Wen Yu v. Paris Tang, Civil Action File No.: 14-CV-667X, Superior Court of Barrow County, State of Georgia.

7/13/15   Maria Plasencia V. Heather Blevins, State Court of Henry County, Civil Action File No.: 14SV752-JTC, State of Georgia.

7/14/15   Michael Griffin vs Rubye Dell Greer, State of Georgia, Civil Action File No.: 14EV000578-F, State Court of Fulton County.

7/23/15   Pamela Crowder & Tony Crowder versus Erica Lee, State Court of Dekalb County, Civil Action File No.:   14A50785-6, State of Georgia.

7/30/15   Patrick Brown vs. Ke Xu, State Court of Dekalb County, Civil Action File No.:   14A52781-6, State of Georgia.

7/31/15   Tan Truong vs. Larry M. Kraxberge, Civil Action File No.: 14EV002028-D, State Court of Fulton Co., State of Georgia.

8/3/15   Jana Lin Brown v. Tatham, Civil Action File No.: 2013A2373-7, State Court of Cobb County, State of Georgia.

8/4/15   Kenneth Daenecke v. Safety National Casualty Corporation, et al., State Court of Gwinnett County, Civil Action File No.: 14-C-02330-6, State of Georgia.

9/2/15   Sydonna Pettus v. Angela D. Jones, et al, Circuit Court of Madison County, State of Alabama, CV: 2013-902046.

9/4/15   Sandra Lieberman v. Joslyn Garrett Ward, State Court of Cobb County, State of Georgia , Civil Action File No.: 14 A 2229-5.

9-8-15   Rosanwo vs. Britton, State Court of Fulton Count, Civil Action File No.:   14EV000230, State of Georgia.

9/14/15   Shane Smith v. Emily Shaver and Donald Shaver, Civil Action File No.: 13-A-48561-1, State Court of Dekalb County, State of Georgia.

9/17/15   Hirohiko Asakawa v. Matthew John Dreher, State Court of Fulton County, Civil Action File No.: 14EV000345, State of Georgia.

10/6/15   Crystal Williams v. Larry Leon Stanley, State Court of Dekalb County, State of Georgia, Civil Action File No.: 14A-51355-3.

10/13/15   Thomas Patton Duke and Andrea Duke v. Erika Taylor Jones and Deborah Jones Superior Court of Bartow County, State of Georgia, Civil Action File No.: 10CV3570.

10/14/15   David Anthony Mudd v. Luther Chavis and John Does 1-5, Civil Action File No.: 14-C-00048-3, State Court of Gwinnett County, State of Georgia.

10/22/15   Wendy G. Coroso v. Daniel A. Kelsey and Susan C. Kelsey, Civil Action File

No.: 14-C-04486-5, State Court of Gwinnett County, State of Georgia.

11/3/15   Leea Moss and Betty Drake-Ivey v. Larry A. Carter, Clayton County State Court, Civil Action File No.: 2013CV02797MG, State of Georgia.

11/9/15   Katharine Coviello v. Sarah H. Berger, State Court of Gwinnett County, Civil Action File No.: 12-C-05547-S5, State of Georgia.

11/10/15   Madison Wallace v. Swift Transportation Company of Arizona, LLC & Darrin Culler, State Court of Bibb County, State of Georgia, Civil Action File No.: 82754.

11/23/15   Fredlene Myrick v. Cleotha Rene Fredericks and John Doe, State of Georgia, Civil Action File No.: 14A-1163-3, State Court of Cobb County.

12/2/15   Nadia Camacho-Martinez v. James Franklin Greer, Courtney K. Williams, and John Doe #1 and #2, State Court of Cobb County, State of Georgia, Civil Action File No.: 14A-1604-1.

12/3/15   Brenda Carter v. Chindo Nkenke and Emmanuel Nkenke, State Court of Cobb County, State of Georgia, Civil Action File No.: 2013A15761-7.

12/4/15   Michael Martin v. Britton Baker, State Court of Forsyth County, Civil Action File No.: 13SC-1788-A, State of Georgia.

12/15/15   Gail McNeill v. Gracie Varner and Jaquarvious Jamar Varner, Superior Court of Fulton County, State of Georgia , Civil Action File No.: 2014CV253185.

1/13/15   Alvin Du Wayne Brewer vs. Leobardo Llano, Civil Action File No.: 14EV001985
State Court of Gwinnett County, State of Georgia.

1/28/16   Chaz McCrary v. Atlanta School System, State Court of Fulton County, Civil Action No. 14-EV-002857E, State of Georgia.

2/8/16   Joyce A. Lomax vs. Empire Heating and Air Conditioning Inc. and Lionel Beljour,
State Court of Dekalb County, State of Georgia, Civil Action File No.:  14A53748.

2/11/16   David A. Jacobs v. Adancen Diaz-Mendez, Superior Court of Cherokee County State of Georgia, Civil Action File No.: 12-CV-1634-EM.

2/16/16   Mustafa Husicic vs. Ryan Griffit, State Court of Forsyth Count, State of Georgia, Civil Action File No.:  14SC-0433-A.

2/17/16   Leroy R. Bowen v. Badri Naravan Somani and Prashant Somani, Court of Common Pleas, Case No.: 2013-CP-10-5556, State of South Carolina.

2/22/16   Diane Williams Nwosu vs. Melvin Morris & Tuwanna Y. Morris, State Court of Cobb County, Civil Action File No.:  14A-3357-7, State of Georgia.

2/26/16   Chaz McCrary v. Atlanta School System, State Court of Fulton County, Civil Action File No.: 14-EV-002857E, State of Georgia.

3/8/16   Leta Lagaunda vs. Mark T. Feldmann, Civil Action File No.: 2014CV01213-MG, State Court of Clayton County, State of Georgia.

| | |
|---|---|
| 3/9/16 | David Flores & Iris Flores vs. Yung Choi & Myung Kim, State Court of Dekalb County, Civil Action File No.: 14A52786-2, State of Georgia. |
| 3/30/16 | Patty H. Boyd v. Charles B. Stewart, State Court of Gwinnett County, State of Georgia, Civil Action File No.: 14C-04913-2. |
| 4/19/16 | Christopher Williams vs. Olanrewajui Oladosu, Civil Action File No.: 15C-01426-5, State Court of Gwinnett County, State of Georgia. |
| 5/4/16 | Michael McDonald v. Tru Green Limited PTR and New Hampshire Insurance Co. SBWC No.: 2014-020932, State Board of Workers' Compensation, State of Georgia. |
| 5/5/16 | Nicole Wiersma v. Joseph Chernak, Debora Chernak, Gregory Chernak, John Doe, & ABC Corp., Civil Action File No.: 14SC1129-MH, State Court of Cherokee County, State of Georgia. |
| 5/10/16 | Josean C. Santiago-Ortiz v. Maria D. Vazquez, State Court of Clayton County Civil Action File No.: 2014 CV 02327C, State of Georgia. |
| 5/11/16 | Kelly Collins vs. The Estate of Jon-Michael Abbott, by Ann Herrera administrator of the estate, State Court of Dekalb County, Civil Action File No.:   14A52878-2, State Of Georgia. |
| 5/12/16 | Argilla Renee Harden v. Janelle Victoria Williams, Civil Action File No.: 15A56621, State Court of Dekalb County, State of Georgia. |
| 6/2/16 | Kelly Lee Mason vs. Anna Virginia Gibson & Donald C. Gibson, Civil Action File No.:   14A1450-3, State Court of Cobb County, State of Georgia. |
| 6/7/16 | Kevin Crayton vs. James C. Bowde, Civil Action File No.: 2014CV252694, Superior Court of Fulton County, State of Georgia. |
| 6/21/16 | Martha Jacobi vs. John Doe, Gwinnett County State Court, Civil Action File No.:   15-C-00359-3, State of Georgia. |
| 6/23/15 | Jeremy Brent Smith and Renea Smith and Whitfield County and The Association of County Commissioner of Georgia v. Asphalt Zipper, Inc., Civil Action File No.: 4:15-CV-169-HLM, United States District Court, Northern District of Georgia, Rome Division. |
| 6/27/16 | Vijay Biraj v. James Ruark, State Court of Gwinnett County, State of Georgia, Civil Action File No.: 15-C-03873-S5. |
| 6/29/16 | Darlene Hairston v. Darren Banks, Civil Action File No.: 83732, State Court of Bibb County, State of Georgia. |
| 6/30/16 | Eileen Phagan v. Emory-Adventist Hospital, State Court of Cobb County, Civil Action File No.: 15A1918-5, State of Georgia. |
| 7/14/16 County | Jacqueline Eugene versus Jenna Stubbs, Superior Court of Henry Civil Action File No.:   13-CV-3110-AM, State of Georgia. |

| | |
|---|---|
| 7-19-16 | Marcel Mboule vs Hussain Sultan, State Court of Gwinnett County, Civil Action File No.:   14-C-06158-S3, State of Georgia. |
| 7/20/16 | Toby N. Thomas vs. Montana Dawn Patterson, State Court of Hall County, Civil Action File No.:   2015SV18-D, State of Georgia. |
| 7/21/16 | Eugenio Garcia Monjaraz & Ignacio Ambrosio Ninho v. Lori Davis, State Court of Gwinnett County, Civil Action File No.: 14-C-04227-S6, State of Georgia. |
| 7/22/16 | Jermel Fisher v. Ashley Gardner, Civil Action File No.: 14A53449-5, State Court of Dekalb Co., State of Georgia |
| 7/26/16   * | Theresa and Allen Trentham, Individually and on behalf of Jonathan Trentham, a minor, Civil Action File No.: CT-003145-07 (Div. IV), Circuit Court of Shelby County, Tennessee, Thirtieth Judicial District at Memphis. |
| 8/25/16 | Charleen Siskey & Michael Siskey v. Lance Wooten, Civil Action File No.: 2012-A-4212, State Court of Cobb Co., State of Georgia |
| 8/29/16 | Edwards v. Campbell, State Court of Cherokee County, Civil Action File No.: 14SC1060, State of Georgia. |
| 9/9/16 | Kyle M. Lawson and Mindy J. Brush v. Peggy L. Payne, Superior Court of White County, Civil Action File No.: 2014-CV-0517-SG, State of Georgia. |
| 9/14/16 County | Beatrice Acheampong v. Shirley L. Ellis-Williams, State Court of Cobb Civil Action File No.: 15A 2689-5, State of Georgia |
| 9/15/16 | Robin Benard vs. Jeroz Owens, State Court of Fulton County, Civil Action File No.:   15EV000125-J, State of Georgia |
| 9/20/16 | George Arrington vs. Gloria Knight, State Court of Henry County, Civil Action File No.:   15SV825-JTH, State of Georgia |
| 9/21/16 | Rebecca Goldberg v. Blake William Noeske, State Court of Forsyth County, State of Georgia, Civil Action File No.: 15SC-0299-B |
| 10/4/16 | Chandla Walker vs. Aaron Findley, State Court of Gwinnett County, Civil Action File No.: 16-C-00190-S5, State of Georgia |
| 10/17/16 | Alicia Evans vs. Clayton Keim, Gwinnett County State Court, Civil Action File No.:   14-C-03887-S1, State of Georgia |
| 10/24/16 | Morena Lowe-Brown, and as natural guardian and next friend of Jeremiah Lowe (minor), as natural guardian and next friend of Martin T. Brown, Jr. (minor), and as natural guardian and next friend of Destiny Z. Lowe vs. Joseph McInerney State Court of Rockdale County, Civil Action File No.:   2015-SV-1016, State of Georgia |
| 10/25/16 | Rachel Moira Hester v. Jeromy Kyle Hutto, Civil Action File No.: 2015-CV-218, Superior Court of Monroe County, State of Georgia |
| 11/6/16 | Alfreda McNeill v. Gracie Varner and John Doe, State Court of Fulton Co., Civil Action File No.: 15EV000384, State of Georgia |
| 12-6-16 | Louis Hunter vs. Linda Whit, State Court of Gwinnett Count, Civil Action File No.:   15-C-04175-S4, State of Georgia |

| | |
|---|---|
| 12/12/16 | Beryl Taylor v. Charles Edwards, Civil Action File No.: 2015CV00529FF, State Court of Clayton County, State of Georgia. |
| 1/13/17 | Hye Ryun Choi vs. Susan D. French, State Court of Gwinnett County, Civil Action File No.:   14-C-06428-S2, State of Georgia. |
| 1/13/17 | Bonifacio Ventura Pacheco v. Guillermo Merino, an individual, Cardinal Logistics Management Corporation, a North Carolina corporation, Cardinal Logistics Holdings, LLC, a Delaware corporation, and Protective Insurance Company, an Indiana corporation, Civil Action File No.: 15-C03195-4, State Court of Gwinnett County, State of Georgia. |
| 1/16/17 | Whitney Hodge vs. John Turner, State Court of Dekalb County, Civil Action File No.:   15A56500-6, State of Georgia. |
| 1/19/17 | Amanda A. Gilbert vs. John Anthony Zubac, State Court of Gwinnett Count, Civil Action File No.:   14-C-04993-S2, State of Georgia |
| 2/1/17 | Joshua Morgan v. Karleen Munguia, and MarlonMunguia, State Court of Gwinnett County, Civil Action File No.: 15-C-06960-S5, State of Georgia |
| 2/3/17 | Willard Ash v. Herman Barksdale, Civil Action File No.: 2015V113488 Superior Court of Houston, State of Georgia. |
| 2/10/17 County | Todd Mobley vs. Steven C. Schmidt, State Court of Forsyth Civil Action No.:   15SC-0828-A, State of Georgia |
| 2/13/17 | Mark Jenkins v. Bobby S. Brown and Geico Insurance Company, Civil Action File 15-CV-2083, Superior Court of Paulding Co., State of GA |
| 2/14/17 | Krystal Hudson vs. William A. Parkinso, State Court of Forsyth Count, Civil Action File No.:   14SC-0270-A, State of Georgia |
| 2/22/17 | Thomas Smith v. Andrew Tweedy, Civil Action File No.: 15-C-04649-3, State Court of Gwinnett County, State of Georgia. |
| 2/24/17 | Eddie Barnett vs. Anju Singh, Civil Action File No.: 15EV-004304, State Court of Fulton County, State of Georgia. |
| 4/7/17 | Ariana Parks vs. Mitial Noel, State Court of Cobb County, Civil Action File No.:   15A-143-2, State of Georgia |
| 4/13/17 | Teresa Day v. Connie Sue tyner, Superior Court of Forsyth County, Civil Action                     File No.; 14-CV-1099-2, State of Georgia |
| 4/14/17 | Tracey L. Baggett v. Tamara R. Fontana, Claim No.: 11-3G72-965, State Court of Forsyth County, State of Georgia |
| 4/24/17 | Sang Lee v. Marcia Macy, State Court of Gwinnett County, Civil Action File No.: 5-C-07044-S2, State of Georgia |
| 4/25/17 | Lolisa Wright vs. Adauto Garcia, State Court of Fulton County, State of Georgia, Civil Action File No.:   15EV003964 |
| 4/26/17 | Shakiba Yeganeh-Yousefi and Reza Dehghan v. Jack L. Chastain, Civil Action File No.:   15SC-0827-A, State Court of Forsyth County, State of |

Georgia.

4/27/17    Jose L. Perez vs. Lacey J. Robbins, Superior Court of Bartow County, Civil Action File No.:   15CV993, State of Georgia

4/28/17    Andrea Corley v. Jesus Ventura a/k/a Jesus Villalva, Claim No.: 11-2M29-823, State Court of Cobb County, State of Georgia.

5/1/17    Peggy Hersey vs. Ashley Marie Parke, State Court of Gwinnett County, Civil Action File No.:   15-C-03285-S3, State of Georgia

5-10-17    Dana English v. Rianne and Anita Sunga, State Court of Gwinnett County, Civil Action File No.: 15C-00039-2, State of Georgia

5-24-17    Christopher Leggett vs. Mark D. Parks, State Court of Fulton County, Civil Action File No.:   16EV002337, State of Georgia

5-24-17    Benita Kuykendall v. Natlye Baldwin and Kenya Baldwin, State Court of Fayette County
Civil Action File No.: 2015SV-0367, State of Georgia

5-24-17    Myung Lee & Hea Kim vs. Jonathan Webste, State Court of Gwinnett County
Civil Action File No.:   16-C-00024-S4, State of Georgia

6/2/17    Bruce Bochicchio v. Jessica Scott, Civil Action File No.: 14C-03762-2, State Court of Dekalb Co., State of Georgia.

6/12/17    Rhonda Ledbetter v. Maid To Care, Board No.: 2009-031125, State Board of Workers' Compensation, State of Georgia

6/26/17    Gina Boring v. William Harrison Jones, State Court of Dekalb County, Civil Action File No.: 15A57596-E4, State Of Georgia

6/27/17    Jennifer A. Bostedt v. Harley M. Brown, State Court of Hall County, Civil Action File No.: 2014SV68N, State of Georgia

7/11/17    Shelby Bowen and Mary Bowen v. Claudia Hamby, Civil Action File No.: 2016-CV-158A, Superior Court for Dawson County, State of Georgia

7/13/17    Jan S. Price and William Paul Price v. James Clifford Huneycutt, State Court of Gwinnett Co. ,Civil Action File No.: 15-C-02237-S3, State of Georgia

7/21/17    Mi Kim v. Ryan Prater, State Court of Fulton County, Civil Action File No.: 16EV001979, State of Georgia

7/24/17    Clark vs. Rainwater, State Court of Gwinnett County, State of Georgia, Civil Action File No.:   15EV003149

7/31/17    Frank Patterson v. Angie W. Johnson, Civil Action   File No.: 16-CV-0085BA,
Superior Court of Henry County, State of Georgia

8/1/17    Semia Smith vs. Charles Elmor, Superior Court of Gwinnett County, Civil Action File No.:   14-A-05561-4, State of Georgia

8/18/17    Keaundra McWhorter vs Gustavo Medina Jasso, State Court of Gwinnett County,
Civil Action File No.:   15-C07082-S3, State of Georgia.

8/24/17    Janet Sheffield v. Donna Kay Boyer, State Court of Forsyth County, State of Georgia, Civil Action File No.: 15SC-1024-A

8/30/17    Julio Rico v. Robert Darrel Corley, Sr. d/b/a Corley Heating & Air and Benjamin

|  | Taylor Corley, Civil Action File No.: 16SV510BWS, State Court of Henry County, State of Georgia |
|---|---|
| 9/2017 | Lizbeth Angarita vs. Esau Ramos-Melo, State Court of Gwinnett County, Civil Action File No.:   16C-05238-4, State of Georgia |
| 9/21/17 | Ricky Appling v. Jonathan Rufus Benton, Superior Court of Oconee County, Civil Action File No.: 2015-CV-0339-SW, State of Georgia |
| 9/21/17 | George Dewees v. Martha Harris, Superior Court of Dawson County, Civil Action File No.: 2016-CV-282-J and 2016-CV-282-J, State of Georgia |
| 10/10/17 | Esteban Olivas & Eduardo Castillo vs. Alisa Fiorentino & Kelly Fiorentino Civil Action File No.: 16-C-01832-S3, State Court of Gwinnett County, State of Georgia. |
| 10/11/17 | Kristy Cheek v. John F. Parrot, Jr., MD and Upstate Carolina Radiology, PA, South Carolina Court of Common Pleas, Spartanburg County, C/A # 2016-NI-42-0018, State of South Carolina |
| 10/11/17 | James Leonard, II, Civil Action File No.: 2016-EV-00290, State Court of Fulton County, State of Georgia |
| 10/16/17 | Farmer v. Epstein, Cobb State Court, Civil Action File No.: 16-A-2130, State of Georgia |
| 10/17/17 | Bernal Orozco vs. Bryce E. Hall & William Whitaker as the administrator of the estate of Wesley Leon Smithwick, deceased, Civil Action File No.: 14SC1146-AJ, State Court of Cherokee County, State of Georgia |
| 10/18/17 | Colleen Rose vs. Kellen Owenby, Superior Court of Bartow County, Civil Action File No.:   16CV935, State of Georgia |
| 10/18/17 | Ronnie Lewis Davis v. Chelsea Nicole Wilkinson, State Court of Gwinnett County Civil Action File No.: 15-C-04772-S5, State of Georgia |
| 10/24/17 | Lena S. Silver vs. Lois Durham, Civil Action File No.: 15-1-4766-48, Superior Court of Cobb County, State of Georgia |
| 10/24/17 | Carl E. Swann, Jr. v Cindy Anita Wilson, State Court of Cobb County, Civil Action File No.: 16-A-1283-1, State of Georgia |
| 10/26/17 | Kimberly M. Arnold v. Tiffany LaShawn Moorer, State Court of Fulton County, State of Georgia, Civil Action File No.: 16EV001964 |
| 10-27-17 | Michelle Malone Thompson v. Tavarus Latroy Smith, et al., State Court of Dekalb Co., State of Georgia, Civil Action File No.: 16A61138 |
| 11-10-17 | Hunter Corso v. Charles Elmer, Dekalb State Court, Civil Action File No.: 15A58079-1, State of Georgia |
| 11-10-17 | Lakiesa Cantay-Rawlinson v. Shitansh Patel, Civil Action File No.: 2016SV-0330, State Court of Fayette County, State of Georgia |
| 12/11/17 | Kossi A. Emmanuel vs. John Doe, Claim No.:   11-2L44-901, State Court of Fulton County, State of Georgia |

| | |
|---|---|
| 1-8-18 | Shanna Raffety v. Martha Harris, Superior Court of Dawson County, Civil Action File No.: 2016-CV-282-J, State of Georgia |
| 1-10-18 | Ruth Merry v. Lori Nelson, State Court of Fulton County ,Civil Action File No.: 15EV002131 ,State of Georgia |
| 1/22/18 | Jeffery White v. Michelle Lee Weaver Vanlerberghe, Superior Court of Paulding County, Civil Action File No.: 16-CV-000691, State of Georgia |
| 2/14/18 | Laura Hallisy v. OTB Acquisition, LLC d/b/a On the Border and Ken Wardle, Civil Action File No.: 16EV001279, State Court of Fulton  County, State of Georgia |
| 2/21/18 | Woinshet Desta vs. Robert Glen, State Court of Clayton Count, Civil Action File No.:   2014CV02568-E, State of Georgia |
| 2/22/18 | Juanicia Everett v. Jon Hall, Superior Court of Fulton County, Civil Action File No. 2017CV284921, State Of Georgia |
| 3/8/18 | Kenjua Howard v. Stephanie Vangrov, State Court of DeKalb County, Civil Action file No.: 15A57902E1, State of Georgia |
| 3/15/18 | Guerena vs. Bray, Fulton Superior Cour, Docket No.: 2016CV270511 , State of Georgia |
| 3/19/18 | Gregory Summerhill vs. Ramon and Angela Garcia-Ferrer, State of Georgia, Civil Action No.:   16-A-1265-7, State Court of Cobb County |
| 3/20/18 | Woo Soun Kim & In Ho Song vs. Jesse Norman, State Court of Gwinnett County |
| | Civil Action File No.:   16-C-07274-S1, State of Georgia |
| 3/26/18 | Sanita Karabegovic and Emil Karabegovic v. Margaret Bowler, State Court of Forsyth County, Civil Action File No.: 16SC-0380-A, State of Georgia |
| 3-30-18 | Belinda Baroni, et al v. Mackenzie Mae Stewart, et al, Superior Court of Walton County, Civil Action File No.: 16-0789-3, State of Georgia |
| 4/4/18 | Patricia Watkins and Ronald Watkins, Jr. v. Star Transport, Inc., Andre Perdue and John Does 1-5, State Court of Bibb County, Civil Action File No.: 84491, State of Georgia |
| 4/9/18 | Arman Salehi v. Jose Medrano Macias and Julian Medrano, Superior Court of Fulton County, Civil Action File No.: 2016CV277803, State of Georgia |
| 4/11/18 | Ennis Hardeman vs. Onyebuchi Imonugo, Civil Action File No.: 16-C-05366-S6, State Court of Gwinnett County, State of Georgia |
| 4/13/18 | Wendy G. Coroso vs. Daniel A. Kelsey & Susan C. Kelsey, State Court of Gwinnett County, Civil Action File No.:   17-C-03500-S5, State of Georgia |
| 4/16/18 | Michael M. Cottrell v. Jackie D. Manus, State Court of Gwinnett County Civil Action File No.: 15-C-03840-S1, State of Georgia |
| 4/19/18 | Chinita Hodges v. Shamekia Byfield, State Court of Rockdale County, State of Georgia, Civil Action File No.: 2016-SV-2221 |
| 4/20/18 | William C. Glenn vs. Kevin Correia, USF Holland, Inc., d/b/a Holland, YRC Worldwide, Inc., Old Republic Insurance Co., & |

|         |                                                                                                                                                                       |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | John Does 1-5, State Court of Gwinnett County, Civil Action File No.:   15C-009985                                                                                      |
| 4/25/18 | Jeffery Shull v. Kailey Schafer, et al., Superior Court of Forsyth County Civil Action File No.: 15-CV-2008-1, State of Georgia                                         |
| 5/15/18 | Connie Honea v. Morgan Allgaier, State Court of Cherokee County, State of Georgia, Civil Action File No.: 16SC0992-MH                                                   |
| 5/16/18 | John Perdue, Christopher Perdue and Victoria Perdue v. Asjah Owens, State Court of Gwinnett County, State of Georgia, Civil Action File No.: 16-C-01562-S4              |
| 5/22/18 | Betty Hash vs. Laura Youn, Superior Court of Forsyth County, State of Georgia, Civil Action File No.:   15CV-0146-1                                                     |
| 5-25-18 | Reyes Sanchez-Garcia V. Tyler Hostetler, State Court of Gwinnett Co., Civil Action File No.: 17-C-00050-4, State of Georgia                                             |
| 5-30-18 | Soukanya Keonavongsa v. Eakta Sethi, State Court of Gwinnett County Civil Action File No.: 17-C-00934-S3, State of Georgia                                              |
| 6-5-18  | Virgina Britt Bell v. Russell M. Harris, Circuit Court of Montgomery County, Alabama                                                                                   |
|         | Civil Action File No.: CV-2016-900554, State of Alabama                                                                                                                |
| 6-12-18 | Jerry Phillips and Dixie Phillips v. Douglas Franklin Smith, Civil Action File No.: 15-C-06128-1, State Court of Gwinnett County, State of Georgia                      |
| 6-18-18 | Stacia Townson vs. Southern Living Pest Solutions, Inc. d/b/a North Fulton Pest       Solutions and Jason Russell, State Court of Fulton County, Civil Action File No.:   15EV000010-G, State of Georgia |
| 6-28-18 | Herbert Magwood vs. Eula M. Bryant, Superior Court of Newton Count, Civil Action File No.:   2016-CV-1872-2, State of Georgia.                                          |
| 7-9-18  | Timothy Justin Frady v. William Rudolf Cisco, Civil Action File No.: 2017SV450N, State Court of Hall County, State of Georgia                                           |
| 7-16-18 | Alex Kim vs. Matthew Moulder, Gwinnett County State Court                                                                                                              |
|         | Civil Action File No.:   16-C-02194-2, State of Georgia                                                                                                                |
| 8-17-18 | Steven Colitz v. Joshua N. Anderson, Superior Court of Forsyth County, Civil Action File No.: 16CV-1429-2, State of Georgia                                             |
| 8-9-18  | Lisa Patke v. Zachkary Dulong, Superior Court of Cherokee County, State of Georgia, Civil Action File No.: 16CV0134-EM                                                  |
| 8-14-18 | Mickey Waymon Patrick and Wanda Gordon Patrick v. Alvin Douglas Samples Jackson County Superior Court, Civil File No.: B11CV1165, State of Georgia                     |
| 8-15-18 | Diana A. Velichkovsky v. Suzette Latham, State Court of Fulton County, State of Georgia, Civil Action File No.: 17EV00534                                               |

8-27-18 Robert Roper vs. Erica Velasquez, State Court of Cherokee County, Civil Action File No.:   16SC0793-AJ, State of Georgia

9-10-18 Brittney E. Williams v. Samuel W. Smith, Civil Action File No.: 17-A-1982, State Court of Cobb County, State of Georgia

9-18-18 Margarita Mejia-Sosa v. Corey Marc Coopersmith, State Court of Fulton County Civil Action File No.: 18EV001107, State of Georgia

10-18-18 Kellie H. Hunter v. Aaron Wright, State Court of Cobb County, Civil Action File No.: 15-A-2664-6, State of Georgia.

10-29-18 Alice Colburn v. Robert B. Marquez, State Court of Gwinnett County, Civil Action File No.: 16-C-00645-S1, State of Georgia

11-20-18 County Daniel Voltaire vs. Donald J. Ferguson, Superior Court of Clayton County

Civil Action File No.:   2016CV0387209, State of Georgia.

12-10-18 Erica Michelle Nimmons v. Craig D. Mason, Superior Courtof Forsyth Cunty, State of Georgia, Civil Action File No.: 17CV-0919-3

1/14/19 Ashley Royals vs. Ryan Scott Chapman & Polly Ann Chapman, Civil Action File No.:   18SV-011, State Court of Spalding County, State of Georgia

1/15/19 Troy Swan vs. Benjamin Martin and Tim Martin Heating and Air, State Court of Hall County , Civil Action File No.:   2017SV342, State of Georgia.

1-16-19 Tonika Williams v. John Doe, State Court of Dekalb County, Civil Action File No.: 17A66226, State of Georgia

1-17-19 Shannon P. Borders vs. Boat Dock Works, LLC & Randall C. Fuller, State Court of Hall County, Civil Action File No.: 2017SV202D, State of Georgia.


1-31-19 Jeffrey David Evans vs. Shin Liu, State Court of Gwinnett County, Civil Action File No.:   17-C-01991-S2, State of Georgia

2-14-19 Phillip Seymour v. Michael Grusing, State Court of Spalding County, State of Georgia, Civil Action File No.: 14SV-117

3-6-19 & 3-7-19    Willis Jamel Gregory vs. Howard McQuarters & Michelle Antoinette Green, State Court of Gwinnett County, Civil Action File No.: 15-C-05449-S2, State of Georgia

3-19-19 & Marian Matthews v. M. Elain Senn, Superior Court of Fulton County, State of Georgia, Civil

3-20-19 Action File No.: 2016CV282902

3-22-19 Alison Kelly v. Gregory Philip Crook, Jr. and Taylor /Service Company, Inc., State Court of Cobb County, Civil Action File No.: 16-A-1988, State of Georgia

3-16-19 Sharon Clark v. Andrea Weilbrenner, State Court of Dekalb County, Civil Action File No.: 17A65596-6, State of Georgia

4-19-19 Robina Cooksey v. Chastity Dillard, State Court of Clayton County, Civil Action File No.: 2015CV01457, State of Georgia

4-19-19 Kimberly Leavitt vs. Taylor James Norrell & James McGregor, State Court of Henry County, Civil Action File No.: 18SV349BWS, State of Georgia

5-2-19 Janice Bassett vs. Matthew Wallace, Superior Court of Coweta County, Civil Action File NO.:   SUV2016000940, State of Georgia

5-9-19 Cory Brown vs. Mark A. Estroff, State Court of Cobb County, State of Georgia, Civil Action File No.: 16-A-2386-6

6-3-19 Jennifer James vs. Zircumference Buford , State of Georgia, Civil Action File No.:   17C-01550-4, State Court of Gwinnett County

6-6-19 Birkayehu Shewalema vs. Joshua Westover, State Court of Fulton County

Civil Action File No.: 18EV000662, State of Georgia

6-20-19 Petronilla Fruasaha v. Wilson Lopez, Civil Action File No.: 17-A-2954, State Court of Cobb County, State of Georgia

7-17-19 Valerie Robinson vs. Ronda Stallard, John Doe 1 and ABC Corp., State Court of Gwinnett County, Civil Action File No.:   18-C-01592-S2, State of Georgia

7-13-19 Esteban Olivas v. Alisa Fiorentino, State Court of Gwinnett County, Civil Action File No.: 18-C-09355-S3, State of Georgia

8-27-19 Cox vs. Hospodarsky & Doe, Rockdale State Court, Court Docket No.: 2017-SV-1454, State of Georgia

9-11-19 Dwight E. Giddens vs. Cavarus Donta Sims, State Court of DeKalb County

Civil Action File No.:   17A66548, State of Georgia

9-17-19 Christopher B. Artrip v. Charles G. Knudsen, State Court of Fulton County Civil Action File No.: 16EV001066, State of Georgia

9-17-19 Albert Bryant v. Gabriel Hudson, State Court of Clayton County, Civil Action File No.: 2018CV00545, State of Georgia

9-19-19 Aruna Rao-McCann v. Brian E. Bruce, State Court of Cherokee County, Civil Action File No.: 18SC0224-ADM, State of Georgia

10-25-19 Horehled, Lisbeth, State Court of Cobb County, State of Georgia, Civil Action File No.: 16-A-1624-7

10/28/2020 Ron Evans v. Clarence Kilcrease, State Court of DeKalb County, State of Georgia, Civil Action File No.: 19A72679

10-30-19 Darrel Redmond v. Leslie Martin, Dekalb State Court, Civil Action File No.: 16A61625, State of Georgia

11-21-19 Katrina Ameyedoe v. Anita L. Wickman, Civil Action File No.: 18-C-02605-S6 State Court of Gwinnett County, State of Georgia   (Discovery)

11-25-19 Fariba & Peter Teimori vs. James Cole Bloodworth, State Court of Cobb County, Civil Action No.:   17-A-551, State of Georgia

12-3-19 Janet L. Thornton, & Franklin Thornton vs. Gary Donald Hall, Sr., Claim No.:   11-612F-564, State Court of Fulton County, State of Georgia

| | |
|---|---|
| 12-9-19 | Gregory Wartes v. Mitchell R. Logan, State Court of Cherokee County, Civil Action File No.: 17-SC-0773-MH, State of Georgia.   Discovery |
| 12-11-19 | Adrian Kim v. Makenna Margaret Britt, Civil Action File No.: 17SC-0977-B State Court of Forsyth County, State of Georgia. |
| 12-17-19 | Jacqueline Miller v. Alexis Roundtree, Civil Action File No.: 16SV00297-JEB State Court of Douglas County, State of Georgia |
| 1-10-2020 | Anthony R. Bartolo v. Jonathan W. Layton, State Court of Cobb County, Civil Action File No.: 16-A-3155, State of Georgia |
| 1-14-2020 | Michael Davis and Cheryl Davis v. Grange Mutual Casualty Company, Reece Elrod Trucking, Inc., and Billy Mitchell Cochran, Civil Action File No.: STCV2018000021, State Court of Catoosa County, State of Georgia   discovery |
| 1-15-2020 | Shavonecia O'Kelley v. Victor Gwaro, State Court of Fulton County, Civil Action File No.: 17EV004956, State of Georgia |
| 1-20-2020 | Otis Samuel Pruitt v. Darryl Anthony Hicks, Superior Court of Fayette County, Civil Action File No.: 2018V-0416, State of Georgia |
| 1-24-2020 | Larry D. Larue vs. Megan Rena Le Woodard, State Court of Cobb County, Civil Action File No.:   17-A-2486, State of Georgia |
| 1-29-20 | Guy Mitchell vs. Dixie Transport, Inc., Felix Milo Daley, & Grange Indemnity Insurance Company, Civil Action File No.:   1:16-CV-00336-AT,,United States District Court for the Northern District of Georgia, Atlanta Division |
| 2-17-2020 | Reba Merritt as parent and Legal Guardian of Bianey Lizarde v. Wal-Mart Stores East, LP, Civil Action File No.: 1:18-CV-05801-CAP, United States District Court for the Northern District of Georgia, Atlanta Division, Discovery |
| 2-26-2020 | Fernando, Mann v. Evelyn Davis, State Court of Gwinnett County, Civil Action File No.: 19-C-02351-S1, State of Georgia |
| 3-6-2020 | Shelanda E. Cotton vs. Margaret Swain, State Court of Fulton County, Civil Action File No.:   19EV002542, State of Georgia |
| 3-11-2020 | Albert Bryant v. Gabriel Hudson, State Court of Clayton County, Civil Action File No.: 2018CV00545, State of Georgia |
| 6-3-2020 | Dina Wills v. Jameson Kahlich and Unum Group Corporation, Civil Action File No.: 19EV001556, State Court of Fulton County, State of Georgia |
| 6-9-2020 | Manerva Harris and Alejandro Wilson v. Shamaine D. Cherry, Civil Action File No.: 18EV001796, State Court of Fulton County, State of Georgia |
| 9-14-2020 | Katilia Harden vs. The Morehouse School of Medicine, Inc., State Court of Fulton County, Civil Action File No.:   19EV002305, State of Georgia Discovery |
| 9-16-2020 | Samuel Martin Cooper v. Doris Ann Boynton, State Court of Richmond County, State of Georgia, Civil Action File No.: 2019RCSC00213 Discovery |
| 9-16-2020 | Chanda Mychell Patterson v. Jalisa D. Patterson, State Court of Douglas County State of Georgia, Civil Action File No.: 19SV00201 Discovery |
| 12-15-2020 | Jacob Ritter v. Christina Diane Cole, Forsyth County State Court, State of Georgia, Civil Action File No.: 18SC-0748 |

1-4-2021    Demingo Williams v. Masanjeh Donzo, Civil Action File No.: 20-C-00190-S3, State Court of Gwinnett County, State of Georgia        discovery

1/21/2021    Stephanie Dunn v. Brittney Pascoe, United States District Court, Southern District of Georgia, Savannah Division, CAFN was not given Discovery

1/22/2021    Janice Overbeck v. Joan Vaughn Bloom, State Court of Cobb County, State of Georgia, CAFN: 19-A-1756    Discovery

1/26/2021 County    Xavier Simmons vs. Andrew R. Hollyday, State Court of Clayton

Civil Action File No.:   2019CV00967, State of Georgia

2-3-2021    Rebecca Mace-Reeve v. David Lee Keane, State Court of Cobb County, Civil Action File No.: 18-A-2089, State of Georgia

2-4-2021    Andre F. Lacey v. Adrea H. Walton, Superior Court of Columbia County, State of Georgia, Civil Action File No.: 2018ECV0226

3-9-2021    Lisa Albright vs. Kelly Strickland, State Court of Forsyth County, Civil Action File No.:   20SC-0473-B, State of Georgia Discovery

3-19-2021    Ethan Bright v. Richard Hite, State Court of DeKalb County, State of Georgia, Civil Action File No.: 19A74232

4-7-2021    William R. Baxter vs. Francisco D. Reyes, State Court of Gwinnett County, Civil Action File No.:19-C-05469-S6, State of Georgia

4-7-2021    Aldin Linton v. Ann Snyder, State Court of Fulton County, Civil Action File No.: 20EV003082, State of Georgia Discovery

4-8-2021    Cray, Delana v. Goodwill of North Georgia, Inc., State Court of DeKalb County, Civil Action File No.: 18A72406, State of Georgia

4-9-2021 (1-5)    Franklin Smith vs. Jamal Simpson, Angelia Simpson & John Does

State Court of Fulton County, Civil Action File No.: 19EV004462, State of Georgia

4-12-2021    Clara Smith v. Naga Korrapati and John/Jane Doe, State Court of Fulton County, Civil Action File No.: 19EV003311, State of Georgia

5-13-2021    Jussara Do-Val vs. Robert Day Simmons, Jr., State Court of Fulton County

Civil Action File No.:   19EV002962, State of Georgia

5-27-2021    Demingo Williams v. Masanjeh Donzo, State Court of Gwinnett County, Civil Action File No.: 20-C-00190-S3, State of Georgia Discovery

6-2-2021    Alison A. McGowan vs. Josephine R. Waldschuetz, Superior Court of Fulton County, Civil Action File No.:   2019CV330180, State of GA

6-3-2021    Cynthia Thompson White v. Eda Garcia, Civil Action File No.: 2020CV333974 Superior Court of Fulton County, State of Georgia    Discovery

7-14-2021    Bradley James White v. Karen Sue Briggs and John Doe, State Court of Fulton County, State of Georgia, Civil Action File No.: 19EV001552 Discovery

7-15-2021   Mendle Messer v. Peter Figur, State Court of Fulton County, State of Georgia, Civil Action File No.: 20EV004281

7-19-2021   Felicia Little v. Travis Keyser, State Court of Douglas County, Civil Action File No.: 19SV00411, State of Georgia   Discovery

7-20-2021   Lance Morgan v. Homeowners Insurance Company, F.S. Scarbrough, LLC and James Banks, State Court of Fulton County, State of Georgia, Civil Action File No.: 20EV001251   Discovery

7-26-2021   Felicia Little v. Travis Keyser, State Court of Douglas County, Civil Action File No.: 19SV00411, State of Georgia

7-28-2021   Stephen Ray Watson v. Rid-A-Critter, Inc. and Christopher M. Collender, State Court of Cherokee CO, State of Georgia Civil Action File No.; 18SC0615-AJ   Discovery

8-6-2021   Keryn Marino v. Allison Graviss, State Court of Fulton County, State of Georgia, Civil Action File No.: 18EV001185

8-6-2021   Gregory Theodore Perkins v. City of Atlanta, GA, A Municipal Corporation et al., State Court of Fulton County, State of Georgia, Civil Action File No.; 13EV018019C Discovery

8-20-2021   Josie Driver v. Atryeu Singleton, State Court of Fulton County, State of Georgia, Civil Action File No.: 19EV005909

9-14-2021   Cynthia Thompson White v. Eda Garcia, Civil Action File No.: 2020CV333974 Superior Court of Fulton County, State of Georgia

9-15-2021   Patrick Williams v. Elliot Cross and Draft Beer Services of Atlanta, Inc., State Court of Gwinnett County, State of Georgia, CAFN: 18-C-08860-4

9-15-2021   Maritza I. Martinez Salazar v. Tandrinia K. Bennett, DOE1, DOE2, DOE3, DOE4, and DOE5, Superior Court of Gwinnett County, State of Georgia, Civil Action File No.: 19-A-6394-1   Discovery

9-16-2021   Felicia Burney v. Variety Wholesalers, Inc., Individually and d/b/a Roses Stores, Civil Action File No.: 5:20-CV-00028-MTT, United States District Court for the Middle District of Georgia, Macon Division

9-22-2021   Willie Commander & Courtney Commander v. Andre Jackson, Superior Court of Fulton County, Civil Action File No.: 2020CV335752, State of Georgia

10-12-2021   Sharron Harris v. Pui L. Lee, State Court of Gwinnett County, State of Georgia, Civil Action File No.: 20-C-02015-S2 Discovery

10-13-2021   DaShawn Mayweather v. Morgan Nicole Manning, State Court of Fulton County, State of Georgia, CAFN: 19EV000988

10-15-2021   Nathaniel Berry v. Tasiya Cambell & Anthony William, State Court of Henry County, State of Georgia, CAFN: STSV2018001059

10-19-2021   Ma Lourdes Howard v. Traci Landmon, State Court of Douglas County, State of Georgia, CAFN: 19-SV-0089

10-21-2021 Maritza I. Martinez Salazar v. Tandrinia K. Bennett, Superior Court of Gwinnett County, State of Georgia, CAFN: 19-A-6394-1 discovery

10-21-2021 Tracy Burks v. Ruth Koop, State Court of Gwinnett County, State of Georgia, CAFN: 18-C-04653-S1

10/22/2021 Michael Torrance v. Dylan Calder and James Calder, State Court of  Cherokee County, CAFN: 19SCE0416-AJ       Discovery

11/17/2021 Dianne Johnson v. Alan Lane Waldrop, State Court of Spalding County, State of Georgia, CAFN: 19SV-148

11/18/2021 Evan Tucker, a minor child, by and through his custodial parent and natural guardian, Eugenia Goltz, & Eugenia Goltz, Individually v. Amy Miller & Jane Doe, State Court of Cherokee County, State of Georgia, CAFN: 20SCE0374   discovery

11/22/2021 Cevin Woods v. Dylan Scott, State Court of DeKalb County, Civil Action File No.: 19A75623, State of Georgia

12/16/2021 Nathaniel Smith v. Scott Bedenbaugh, Individually, D & B Enterprises of Georgia, LLC, and Restored Trucking Company, Inc. Civil Action File No.: 7-S-164, State Court of Carroll County, State of Georgia

12/16/2021 Stephen Lee v. KCI Technologies, Inc., Enterprise FM Trust, and William Sluder.   Docket No.: 2020CP2602787, Court of Common Pleas, Fifteenth Judicial Circuit, State of South Carolina

1-10-2022  Marcus Bernard Need v. Sam's East, Inc., Cheryl Collins, Dominique Thompson, XYZ Corporation No. 1, XYZ Corporation No. @, John Doe No. 1, John Doe No.2., United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:21-CV-0212-SCJ, State of Georgia   Discovery

1-17-2022  Lagotason Johnson v. Samuel Lockhart, State Court of Fulton County, State of Georgia, Civil Action File No.: 20EV001093

1-19-2022  Tarius Hendy v. Walmart Stores East LB and Razor USA, LLC, US District Court-Northern Division of Georgia-Atlanta: CAFN: 1:18-CV-02075-TWT

1-20-2022  Bobbi M. Jones v. Laquan M. Knolton and Tibitha Knolton, State Court of Macon-Bibb County, State of Georgia, CAFN: 20-sccv-091274 discovery

2-8-2022   Anthony Paul Dewberry and Tikeithra Dewberry v. Elliot Kim and LifeBrite Laboratories, LLC, State Court of Gwinnett County, State of Georgia, CAFN: 20-C-00980-S5   Discovery

2-8-2022   Embry Rei Trimble v. Mark's Marine, Inc., Raven County Superior Court, Civil Action File No.: 2020-CV-0119, State of Georgia

2-10-2022  Thaddaeus & Sharon Rogers vs. Barbara Welling & John Does (1-3)

|  |  |
|---|---|
|  | State Court of Gwinnett County, CAFN:   19-C-01836-S5, State of Georgia |
| 2-11-2022 | Brittnee Greene v. Kaushal Patel, State Court of Spalding County, Civil Action File No.: 20SV-333, State of Georgia |
| 3-8-2022 | Rodriquez, Jeanette, State Court of Gwinnett County, State of Georgia, CAFN: 19-Cd-04343-S2 |
| 3-10-2022 | Lisa Ismail v. Louise Ponder, Bianca Ponder and John   Does (1-5), CAFN: 19EV003968, State Court of Fulton County, State of Georgia |
| 3-15-2022 | Gregory Theodore Perkins v. City of Atlanta, GA, State Court of Fulton County, State of Georgia, CAFN: 13EGV018019C |
| 3-18-2022 | Lisa Coleman v. Stephon Avery, State Court of DeKalb County, Civil Action File No.: 20A81985, State of Georgia |
| 3-21-2022 | Teasley, Krystal v. Wal-Mart Stores, Inc., United States District Court, Middle District of Georgia, Athens Division, CAFN: 3:20-CV-00134-CDL |
| 4-1-2022 | Lee Turner v. Carter's Royal Dispos-All Inc., John Carter and Shirley Carter, State Court of Stephens County, State of Georgia CAFN: STCV2021000057   discovery |
| 4-1-2022 | Teresa Bell v. Trosie Pupo Blidi, State Court of Hall County, State of Georgia, CAFN: 2020SV682N |
| 4/5/2022 | Maritza I. Martinez Salazar, Superior Court of Gwinnett County, State of Georgia, CAFN: 10-A-06394-1 |
| 4-6-2022 | Candace Willis v. Martin Wade, CAFN: 19A75638, State Court of DeKalb County, State of Georgia |
| 4-12-2022 | Chena Johnson v. Hye Ryeong Kim, State Court of Gwinnett County, State of Georgia, CAFN: 18-C-05048-S4 |
| 4/29/2022 | John Le v. Susan Sword, State Court of Gwinnett County, State of Georgia, CAFN: 21-C-00432-S1 |
| 5/5/2022 | Sharron Harris v. Pui L. Lee, State Court of Gwinnett County, State of Georgia, CAFN: 20-C-02015-S2 |
| 5/6/2022 | John Michael Young and Denise Young v. Edwin Fortenbery, MD, John Davis, MD, Phoebe Physicians Group, Inc., Phoebe Putney Memorial Hospital, Inc., and Albany Surgical, PC., State Court of the County of Dougherty, State of Georgia, CAFN: STSV2020000413 |
| 5/12/2022 | Monica Bosco v. Robert Jordan, et al, State Court of Fulton County, State of Georgia, CAFN: 19EV006880 |
| 5-13-2022 | Stan Shrubstok v. Randy Parish, State Court of DeKalb County, State of Georgia, CAFN: 21A02597   Discovery |
| 6-3-2022 | Jason Harper v. Dennis Lopez-Garcia, State Court of Gwinnett County, State of Georgia, CAFN: 21–C–02615–S2   Discovery |
| 6-7-2022 | Angela Smash v. David Burke, Superior Court of Paulding County, State of Georgia, CAFN: 21CV003211-P2 |

6-26-2022 Andres Rodgiguez v. Van Marco Galleno-Jenosa, State Court of Gwinnett County, State of Georgia, CAFN: 20-C-01211-S2

7-6-2022 Herbert Shropshire III v. Andrew Smith, State Court of Gwinnett County, State of Georgia, CAFN: 18-C-06416-S6

7-12-2022 Jordan Hill v. Connie Frew, State Court of Fulton County, State of Georgia, CAFN: 20EV002660.

7-14-2022 Jose R. Garcia v. Southern Clearing & Grinding, Inc., Superior Court of Upson County, State of Georgia, CAFN: 18V02238

7/22/2022 Mary Renee Riley v. Brandy Wagoner Gregory, Superior Court of Columbia County, State of Georgia, CAFN: 2018ECV0120

7/29/2022 Alexis Pineda v. Joe Dye, State Court of Gwinnett County, State of Georgia, CAFN: 20-C-06727-S3      Discovery

8-15-2022 Tierra Hill v. David Jabob Yarbrough, State Court of Barrow County, Civil Action File No.: 21-SV-000057

8/17/2022 Ashley Steiner v. Leslie Holland, State Court of Coweta County, State of Georgia, CAFN: 18SV0427E

8/17/2022 Jennifer Thompson v. Steven Grant Wall, Superior Court of Stephens County, State of Georgia, CAFN: SUCV2021000505 Discovery

8/19/2022 Tymogene Baker v. Mark E. Harper, State Court of Cobb County, State of Georgia, CAFN: 19-A-1132 (to be continued)

8/23/2022 Tymogene Baker v. Mark E. Harper, State Court of Cobb County, State of Georgia, CAFN: 19-A-1132 (continued)

8/24/2022 Michael Hughes v. Jeffrey Collins, State Court of Fulton County, State of Georgia, CAFN: 19EV005470

8/25/2022 Angela Baxter, John Baxter, and Amber Baxter v. Ashley Reddoch, Superior Court of Carroll County, State of Georgia, CAFN: SICV 2020000770 on court documents but CAFN: on 11-5439-C37 letter from Attorney.   Perhaps refiled?

8/26/2022 Kristina M. Eiklor v. Jeffrey H. Long, State Court of Gwinnett County, State of Georgia, CAFN: 20–C–08384–S6

8/29/2022 Lorenzo Stewart v. Matthew Walker, State Court of Gwinnett County, State of Georgia, CAFN: 19-C-06524-S6

9-8-2022 Mercedes Larin v. Ura Crowe-Drew, State Court of Gwinnett County, State of Georgia, CAFN: 19-C-07218-S6

9-12-2022 Ngoc Bich Vu v. Rebecca Mitchell, State Court of Rockdale County, State of Georgia, CAFN: 2019-SV-2673

9-14-2022 Vaughna Levy v. Lucille Sorrells, State Court of Henry County, State of Georgia, CAFN: STSV2021000761

9-16-2022 Althea Shea v. Gary Croy, State Court of Hall County, State of Georgia, CAFN: 2019SV484Z

9-20-2022 Stephen Ray Watson v. Rid-A-Critter, Inc. and Christopher M. Collender, State Court of Cherokee County, State of Georgia, CAFN: 18-SC-0615-AJ

9-21-2022 Jeanine Davis v. Stephen McCarthy and Sherry McCarthy, State Court of Ware County, State of GA, CAFN: STSV2021000113 (Discovery)

9-22-2022 Maria Diaz v. Yvonne M. Riley, State Court of Hall County, State of GA, CAFN: 2019SV000074Z

9-23-2022 Alexandra Hernando Reyes v. Ashley Esparza Lopez, State Court of Gwinnett County, CAFN: 21-C-00824-S4, State of GA

10-4-2022 Ruby May Menefield v. Patricia Truax Walls, State Court of Cobb County, CAFN: 19-A-1095, State of Georgia

10-11-2022 Robert Eason v. C. Douglas VanBuren, State Court of Gwinett County, State of Georgia, CAFN: 19-c-02428-S4

10-11-2022 Lee W. Turner v. Carter's Royal Dispos-All Inc., John Carter and Shirley Carter, State Court of Stephens County, State of Georgia, CAFN: STCV2021000057

10-13-2022 Lorenzo Stewart, Subrenna Stewart v. Matthew Walker, State Court of Gwinnett County, CAFN: 19-C-06524-S6, State of GA

10-18-2022 Aleksandr Dimantov v. Michael Renfrow, State Court of Forsyth County, State of Georgia, CAFN: 19SC-0543-B

10-20-2022 Mario Moore v. Shenequa D. Frazier, Jalessa v. Octalien and Janet Ruef Boling, as Executrix of the Estate of Norris Wayne Boling A/K/A N. Wayne Boling, Deceased, State Court of Henry County, State of GA, CAFN: STSV2020001595SNK Discovery

11-9-2022 Ralph Thomas v. Alex Guthrie, State Court of Cobb County, State of Georgia, CAFN: 19-A-2556-7

11/10/2022 Jason Thomas v. Accurate Steel Rule Cutting Die, Inc., Jeffrey Harrelson and State Farm Mutual Automotive Insurance Co., State Court of Dekalb County, CAFN: 20A80943

11-15-2022 Valerie Fisher v. Hannah Sinclair Sloan and Angharad C. Sinclair, Circuit Court for the Fourth Judicial Circuit, In and For Nassau County, FL, Case No.: 2021-CA-000108, State of Florida discovvery

11-16-2022 Christine Leslie Mulinde v. Kristen Nicole Hulsey, Superior Court of Clayton County, State of Georgia, CAFN: 2020CV01456-13 Discovery

11-17-2022 Jordan Hill v. Connie Frew, State Court of Fulton County, State of Georgia, CAFN: 20EV002660

12-1-2022 Andres Rodriguez v. Van Marco Galleno-Jenosa, State Court of Gwinnett County, CAFN: 20-C-01211-S2, State of Georgia

12/7/2022 Kathryn M. Lamas, as the Executor of the Estate of Jeffrey Lamas v. Rebecca Milholland, MD and Brenda Fraire Almaguer, MD, District Court of Johnson County, Kansas Civil Court Department, Case No.; 21CV04246, State of Kansas    Discovery

12/12/2022 Audrey Sherrod v. Williamson, Fayette County State Court, CAFN: 2020SV-0297, State of Georgia   Discovery

12/13/2022 Anthony Dewberry and Tikeithra Dewberry v. Elliot Kim and LifeBrite Laboratories, LLC, State Court of Gwinnett County, State of Georgia CAFN: 20-C-00980-S5.

12/30/2022 Alexandra Hernando Reyes v. Ashley Esparza Lopez, State Court of Gwinnett Co., CAFN: 21-C-00824-S4, State of Georgia discovery

1-5-2023 Michael Mitchell v. Heaather Elizabeth Watkins (Tatum) State Court of Rockdale Co., CAFN: 2022-SV-1236 discovery

1-6-2023 Reyna Berganza v. Rebecca Streikerd and John Doe #1-4, State Court of Cobb County, State of Georgia, CAFN: 19-A-919

1-10-2023 Jerrilyn C. Daise v. Jami Benson Baugus, State Court of Gwinnett County, CAFN: 19-C-08708-S2, State of Georgia

1/24-2023 Rudolph Ramroop v. Vincent C. Burden, State Court of Gwinnett County, State of Georgia, CA 20-C-03236-S6

1-31-2023 Jose R. Garcia v. Southern Clearing and Grinding, Inc., Superior Court of Upson County, State of GA, CAFN: 18V02238

2-1-2023 Bensley B. Partee v. Wal-Mart Stores East, LP, United States District Court, Northern District of Georgia, Gainesville Division, CAFN: 2:20-CV-0096-SCJ, State of Georgia.

2-7-2023 Christine Leslie Mulinde v. Kristen Nicole Hulsey, Superior Court of Clayton County, State of GA, CAFN: 2020CV01456-13.

2-16-2023 Valerie Fisher v. Hannah Sinclair Sloan and Angharad C. Sinclair, Circuit Court for the fourth Judicial Circuit, in and for Nassau County, Florida, CAFN: 2021-CA-000108.

2/20/2023 Blanca Lopez v. Debora A. Perry, Executor of the Estate of Deloris W. Perry, deceased, State Court of Cobb County, State of Georgia, CAFN: 21-A-3884

2-23-2023 Katelyn Schiesser v. Fernando Ortiz, Jr., State Court of Hall County, State of Georgia, CAFN: 2020SV403N

2-27-2025 Vickie Gaines v. Tonia Brewer, State Court of DeKalb Co., State of Georgia, CAFN: 20A82920

3-3-2023 Sharon Ware v. Walter Hollums, State Court of Fulton County, State of Georgia, CAFN: 21EV000163

3-8-2023 Sherry Levantsevych v. Ian McCambell, State Court of Fulton County, State of Georgia, CAFN: 20EV003462

3-15-2023 Shalanda Yarbrough v. Brooke Beam, Superior Court of Jasper County, State of Georgia, CAFN: 21CV08-155

3/20/2023 Melissa McDonald v. Ashley Lindsey, State Court of Fulton County, CAFN: 21EV005126, State of Georgia   Discovery